ACCEPTED
01-14-00874-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
1/21/2015 2:04:10 PM
CHRISTOPHER PRINE
CLERK



**SCOTT M. BROWN**
**& ASSOCIATES**

ATTORNEYS-AT-LAW

121 E. MYRTLE
ANGLETON, TEXAS 77515
TELEPHONE: (979) 849-8526
FAX: (979) 848-1877

WWW.SBROWNLAWYER.COM

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
1/21/2015 2:04:10 PM
CHRISTOPHER A. PRINE
Clerk

9330 BROADWAY, SUITE PR-408
PEARLAND, TEXAS 77584
TELEPHONE: (832) 554-1283
FAX : (832) 554-1282

Scott M. Brown, J.D.
T.J. Roberts, J.D.
Charlie Pelowsky, J.D.

Blair Parker, J.D.

January 21, 2015

First Court of Appeals
301 Fannin Street
Houston, Texas 77002

**Re:** *Appeal Cause No. 01-14-00874-CV; Trial Cause No. 74587; In the Interest of R.R.H., M.D.J., M.K., Children; In the 300th Judicial District Court; Brazoria County, Texas*

To the Court of Appeals:

We have concluded in the trial court. Our motion for new trial was denied the trial court reversed its ruling that our client, Destinye Kelley, was indigent. However, our client would like to proceed on her appeal Pro Se or with another attorney.

We are requesting the court rule on our pending motion to withdraw which the client has consented to and to which there have been no objections filed. Please let our offices know if there is anything else the court needs from us to effectuate this withdrawal.

Thank you for your attention towards this matter.

Sincerely,

Blair Parker
Attorney at Law

BP/mm